IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:21-CR-50 |
| v. | § | |
| | § | Judge Jordan |
| JOSE ARMANDO UBICO AGUILAR | § | |

**ELEMENTS OF THE OFFENSE**

The defendant is charged in Count One of the Information with a violation of 21 U.S.C. § 963, Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported intothe United States. The essential elements which must be proven to establish the offense are as follows:

First: That the defendant and one or more persons, directly or indirectly, reached an agreement to commit the crime charged in the Information, that is, to manufacture and distribute Cocaine intending, knowing, and with reasonable cause to believe, that the Cocaine will be unlawfully imported into the United States;

Second: That the defendant knew of the unlawful purpose of the agreement;

Third: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

Fourth: That the overall scope of the conspiracy involved 5 kilograms or more of a mixture or substance containing a detectable amount of Cocaine; and

Fifth: That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 5 kilograms or more of a mixture of substance containing a detectable amount of Cocaine.

Elements of the Offense
Page 1

Respectfully submitted,
DAMIEN M. DIGGS
UNITED STATES ATTORNEY

/s/
CHRISTOPHER A. EASON
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Chris.Eason@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 30, 2024.

/s/
CHRISTOPHER A. EASON
Assistant United States Attorney