IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-CR-00050 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| JOSE ARMANDO UBICO AGUILAR | § | |

**ORDER GRANTING MOTION TO ADJOURN SENTENCING ON CONSENT**

Before the Court is Defendant's Motion to Adjourn Sentencing on Consent. [Dkt. 30]. Defendant is seeking a continuance of his sentencing currently set for December 7, 2025 due to a conflict in his counsel's schedule. After considering the Defendant's motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Defendant's Motion to Adjourn Sentencing on Consent [Dkt. 30] is hereby **GRANTED**. Defendant's sentencing will be **RESET** at a later date.

**SIGNED this 16th day of December, 2024.**

_____
Michael J. Truncale
United States District Judge